UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL,<br>an individual,<br><br>       Plaintiff,<br>vs.<br><br>USPG PORTFOLIO FIVE, LLC,<br>a Georgia Limited Liability Company,<br><br><br>WASA PROPERTIES SOUTHLAKE<br>PAVILION LLC,<br>a Delaware Limited Liability Company,<br><br><br>MT. ZION VILLAGE, LLC,<br>a Georgia Limited Liability Company,<br><br>and<br><br>SOUTHLAKE EQUITIES, LLC,<br>a Georgia Limited Liability Company<br><br>       Defendants.<br>_____/ | CASE NO.: 1:21-cv-00922-SCJ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant Wasa Properties Southlake Pavilion LLC from this action without prejudice. This action remains open as to

the other Defendants.

Dated: April 1, 2021

        Respectfully Submitted,

        KU & MUSSMAN, P.A.
        18501 Pines Blvd, Suite 209-A
        Pembroke Pines, FL 33029
        Tel: (305) 891-1322
        Fax: (954) 686-3976


        By: */s/ John A. Moore*
         John A. Moore, Esq.
         Georgia Bar No.: 519792
         Of Counsel
         The Moore Law Group, LLC
         1745 Martin Luther King Jr., Drive
         Atlanta, GA 30314
         Tel.: (678) 288-5601
         Fax: (888) 553-0071
         Email: jmoore@moorelawllc.com
         Attorney for Plaintiff


**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that on this 1st day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system and a true and correct copy of such filing will be served by U.S. Mail as follows:

WASA PROPERTIES SOUTHLAKE PAVILION LLC
By Serving Registered Agent:
CT Corporation System
289 S. Culver Street
Lawrenceville, Georgia 30046

USPG PORTFOLIO FIVE, LLC
By Serving Registered Agent:
Capitol Corporate Services, Inc.
3675 Crestwood Parkway NW, Suite 350
Duluth, Georgia 30096

MT. ZION VILLAGE, LLC
By Serving Registered Agent:
Alice Kim
1649 International Court
Norcross, Georgia 30093

SOUTHLAKE EQUITIES, LLC
By Serving Registered Agent:
Incorporating Services, LTD.
900 Old Roswell Lakes Parkway, Suite 310
Roswell, Georgia 30076