# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, | ) ) ) |
| Plaintiff, | ) ) CASE NO.: 1:21-cv-00922-SCJ |
| vs. | ) ) |
| USPG PORTFOLIO FIVE, LLC, a Georgia Limited Liability Company, | ) ) ) |
| MT. ZION VILLAGE, LLC, a Georgia Limited Liability Company, | ) ) ) |
| and | ) ) |
| SOUTHLAKE EQUITIES, LLC, a Georgia Limited Liability Company | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT MT. ZION VILLAGE, LLC

Plaintiff and Defendant Mt. Zion Village, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss Defendant Mt. Zion Village, LLC from this action and all claims asserted against Defendant Mt. Zion Village, LLC with prejudice. Each party shall bear its respective fees and costs.

Dated: June 25, 2021

| | |
|---|---|
| /s/ John A. Moore | /s/ Michael M. Hill |
| John A. Moore, Esq. | Michael M. Hill, Esq. |
| Georgia Bar No: 519792 | Georgia Bar No. 770486 |
| The Moore Law Group, LLC | FREEMAN MATHIS & GARY, LLP |
| 1745 Martin Luther King, Jr. Drive | 100 Galleria Parkway, Suite 1600 |
| Atlanta, Georgia 30314 | Atlanta, Georgia 30339-5948 |
| Tel: (678) 288-5601 | Tel: (770) 818-0000 |
| Fax: (888) 553-0071 | Fax: (770) 937-9960 |
| jmoore@moorelawllc.com | mhill@fmglaw.com |
| *Counsel for Plaintiff* | *Attorney for Defendant Mt. Zion Village, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of June, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ John A. Moore
John A. Moore, Esq.