IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMARA JEAN FARRELL,
an individual,

  Plaintiff,

v.

USPG PORTFOLIO FIVE, LLC,
a Georgia Limited Liability Company, et al.

  Defendants.

CIVIL ACTION.

NO. 1:21-CV-0922-SCJ

## ORDER

Having read and considered the Stipulation of Dismissal With Prejudice as to Defendant Mt. Zion Village, LLC (Doc. No. [48]), the Court declines to approve the stipulation (or otherwise give it effect) as it is missing the signature of all parties who have appeared pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).[1]

---

[1] To be clear, Rule 41 allows dismissal with less signatures if there has been no answer or motion for summary judgment filed by the opposing party. Here, answers have been

IT IS SO ORDERED this __29th__ day of June, 2021.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

filed at Doc. Nos. [21], [24], and [35]. Accordingly, the Court will require compliance with the signature requirement or permit Plaintiff's Counsel to file a motion for dismissal.