IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> USPG PORTFOLIO FIVE, LLC, a Georgia Limited Liability Company, et al. <br><br> Defendants. | CIVIL ACTION. <br><br> NO. 1:21-CV-0922-SCJ |

## ORDER

The Court approves the Corrected Notice of Dismissal (Doc. No. [51]) and **DIRECTS** the Clerk to terminate Mt. Zion Village, LLC as a defendant-party to this case.

IT IS SO ORDERED this __7th__ day of July, 2021.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE