## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TAMARA JEAN FARRELL,<br>an individual, | ) <br> ) <br> ) | |
| | ) | CASE NO.: 1:21-cv-00922-SCJ |
| Plaintiff, | ) | |
| vs. | ) <br> ) | |
| USPG PORTFOLIO FIVE, LLC,<br>a Georgia Limited Liability Company,<br>and<br>SOUTHLAKE EQUITIES, LLC,<br>a Georgia Limited Liability Company | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |
| _____/ | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT SOUTHLAKE EQUITIES, LLC

Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss Defendant Southlake Equities, LLC from this action and all claims asserted against Defendant Southlake Equities, LLC with prejudice. Each party shall bear its respective fees and costs.

Dated: September 16, 2021

Respectfully submitted,                          Respectfully submitted,

1

/s/ John A. Moore
John A. Moore, Esq.
Georgia Bar No: 519792
The Moore Law Group, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Tel: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com
*Counsel for Plaintiff*

/s/ A. Todd Merolla     .
A. Todd Merolla, Esq.
Georgia Bar No. 502570
MEROLLA & GOLD, LLP
1072 W. Peachtree Street # 7488
Atlanta, Georgia 30357
Tel: (404) 369-0631
atm@merollagold.com
*Attorneys for Defendant*
*Southlake Equities, LLC*

/s/ E. Graham Newsome
E. Graham Newsome
GA State Bar No. 815149
gnewsome@GM-LLP.com
Robert A. Luskin, Esq.
GA State Bar No. 004383
rluskin@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Tel: (404) 264-1500
Fax: (404) 264-1737
*Attorney for Defendant*
*USPG Portfolio Five, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ John A. Moore
John A. Moore, Esq.