UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USPG PORTFOLIO FIVE, LLC, a Georgia Limited Liability Company,<br><br>Defendant. | CASE NO.: 1:21-cv-00922-SCJ |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently finalizing the language of their agreement and anticipate filing a joint stipulation for dismissal within twenty (20) days. The parties further request that all hearings and deadlines be adjourned.

Dated: October 5, 2021

Respectfully submitted,                                Respectfully submitted,

/s/ John A. Moore                                              /s/ E. Graham Newsome
John A. Moore, Esq.                                        E. Graham Newsome, Esq.
Georgia Bar No: 519792                                 GA State Bar No. 815149
The Moore Law Group, LLC                          gnewsome@GM-LLP.com
1745 Martin Luther King, Jr. Drive                Robert A. Luskin, Esq.
Atlanta, Georgia 30314                                  Goodman McGuffey LLP

1

| | |
|---|---|
| Tel: (678) 288-5601 | GA State Bar No. 004383 |
| Fax: (888) 553-0071 | rluskin@GM-LLP.com |
| jmoore@moorelawllc.com | 3340 Peachtree Road NE, Suite 2100 |
| | Atlanta, GA 30326-1084 |
| *Counsel for Plaintiff* | Tel: (404) 264-1500 |
| | Fax: (404) 264-1737 |

*Attorney for Defendant*
*USPG Portfolio Five, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ John A. Moore
John A. Moore, Esq.