UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> USPG PORTFOLIO FIVE, LLC, a Georgia Limited Liability Company, <br><br> Defendant. | CASE NO.: 1:21-cv-00922-SCJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action and all claims with prejudice. Each party shall bear its respective fees and costs.

Dated: October 21, 2021

Respectfully submitted,

/s/ John A. Moore
John A. Moore, Esq.
Georgia Bar No: 519792
The Moore Law Group, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Tel: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

Respectfully submitted,

/s/ E. Graham Newsome
E. Graham Newsome, Esq.
GA State Bar No. 815149
gnewsome@GM-LLP.com
Robert A. Luskin, Esq.
Goodman McGuffey LLP
GA State Bar No. 004383
rluskin@GM-LLP.com
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084

1

*Counsel for Plaintiff*                        Tel: (404) 264-1500
                                               Fax: (404) 264-1737

                                               *Attorney for Defendant*
                                               *USPG Portfolio Five, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of October, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                  /s/ John A. Moore
                                                  John A. Moore, Esq.